UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cr-00059-EGS-1 |
| | ) | |
| DAVID G. BOWSER | ) | |
| | ) | |

### Defendant's Objections to Government's Proposed Exhibits for Day Six of Witness Testimony (March 7, 2018)

This matter comes to the Court on Defendant's Objections to the Government's Exhibits for day five of witness testimony. The defense received from the government a list of its proposed exhibits to use with the witnesses that may be called in court tomorrow.

The defense has reviewed and has no objections to the proposed exhibits that the government intends to use with Joshua Findlay and FBI Analyst Jasmine Scott tomorrow, March 6, 2018.

Respectfully submitted,

_____/s/_____
Leslie McAdoo Gordon,
DC BAR #456781
McAdoo Gordon & Associates, P.C.
1140 19th Street, NW, Suite 602
Washington, DC 20036
(202) 293-0534 telephone
(202) 478-2095 facsimile
Leslie.mcadoo@mcadoolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this day March 6, 2018 a copy of the Defense Objections to Government's Proposed Exhibits for Day Six of Witness Testimony (March 6, 2018) was served electronically to:

>Todd Gee
>Sean F. Mulryne
>Trial Attorneys
>Criminal Division, Public Integrity Section
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530
>(202) 514-1412

>_____/s/_____
>Leslie McAdoo Gordon,
>DC BAR #456781
>McAdoo Gordon & Associates, P.C.
>1140 19th Street, NW, Suite 602
>Washington, DC 20036
>(202) 293-0534 telephone
>(202) 478-2095 facsimile
>Leslie.mcadoo@mcadoolaw.com