UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cr-00059-EGS-1 |
| | ) | |
| DAVID G. BOWSER | ) | |
| | ) | |

### Defendant's Objections to Government's Proposed Exhibits for Day Seven of Witness Testimony (March 8, 2018)

This matter comes to the Court on Defendant's Objections to the Government's Exhibits for day seven of witness testimony. The defense received from the government a list of more than 90 proposed exhibits it intends to use with the witness Bryson Morgan, whom the government intends to call in court tomorrow. And earlier in the week the defense received a list of around 30 proposed exhibits from the government that it intends to use with the witness Jason Miller, whom the government also intends to call in court tomorrow.

The defense has reviewed and has no objections to the proposed exhibits that the government intends to use with either of these witnesses tomorrow, March 8, 2018.

        Respectfully submitted,

        _____/s/_____
        Leslie McAdoo Gordon,
        DC BAR #456781
        McAdoo Gordon & Associates, P.C.
        1140 19th Street, NW, Suite 602
        Washington, DC 20036
        (202) 293-0534 telephone
        (202) 478-2095 facsimile
        Leslie.mcadoo@mcadoolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this day March 7, 2018 a copy of the Defense Objections to Government's Proposed Exhibits for Day Seven of Witness Testimony (March 8, 2018) was served electronically to:

>Todd Gee
>Sean F. Mulryne
>Trial Attorneys
>Criminal Division, Public Integrity Section
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530
>(202) 514-1412

>_____/s/_____
>Leslie McAdoo Gordon,
>DC BAR #456781
>McAdoo Gordon & Associates, P.C.
>1140 19th Street, NW, Suite 602
>Washington, DC 20036
>(202) 293-0534 telephone
>(202) 478-2095 facsimile
>Leslie.mcadoo@mcadoolaw.com